UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE GARDNER, ET AL.,

Plaintiffs,

- against -

BLOOMINGDALE'S, INC.,

Defendant.

26-cv-4993 (JGK)

Order

John G. Koeltl, District Judge:

The parties are directed to appear by telephone for a conference in connection with the plaintiffs' motion to certify class on **Friday, October 9, 2026, at 12:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated: New York, New York
October 5, 2026

John G. Koeltl
United States District Judge