USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

STEPHANIE GARDNER, et al.,

Plaintiffs,

-against-

BLOOMINGDALE'S INC.,

Defendant.
---------------------------------------------------------------X

26-cv-04993 (JGK)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On October 23, 2026, the parties submitted a revised Notice for the Court's review. Having reviewed the proposed Notice, the Court determines that it is consistent with the Court's order dated October 16, 2026. ECF No. 42. The Court endorses the Notice, subject to the following revisions for clarity:

- Page 2, paragraph 1: change
  - "at some point from June 12, 2023, and the present" to
  - "at some point from June 12, 2023, to the present"

- Page 3, paragraph 5: change
  - "If you join this lawsuit and send your 'Consent to Join' form to the Claims Administrator, who will forward it to Counsel for the Plaintiff to file with the Court, if you agree to have the Plaintiff and her counsel act as your representative and make decisions on your behalf concerning the case, including approving any settlement. Decisions made and agreements entered into by the Plaintiff and her counsel will be binding on you if you join this lawsuit, subject only to the Court's discretion. If you hire your own attorney, you will be bound by decisions and agreements that your attorney makes on behalf of this lawsuit." to
  - "If you choose to join this lawsuit by sending your 'Consent to Join' form to the Claims Administrator, the Claims Administrator will share your form with Counsel for Plaintiff, who will file it with the Court with your contact information redacted. If you agree to have Plaintiff's Counsel act as your attorney, decisions made by Plaintiff and her Counsel, including approving any settlement, will be binding on you, subject only to the Court's discretion. If you hire your own attorney, you will only be bound

by decisions and agreements that you make with your attorney in this lawsuit."

- Page 4, paragraph 8: change
  - "By joining, Defendant cannot take any action against you or adjust your wages or rate of pay." to
  - "If you join this lawsuit, Defendant cannot take any action against you or adjust your wages or rate of pay."

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 27, 2026
New York, New York